United States District Court
Southern District of Texas
**ENTERED**
March 04, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A, AS TRUSTEE FOR PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WHQ4,<br><br>Plaintiff,<br><br>v.<br><br>ELISA FREDERICK BRISCOE AND, SHARONDRA DOUGLAS,<br><br>Defendants. | Civil Action No. 3:23-cv-335 |

## FINAL DISMISSAL ORDER

Came on to be considered this day the *Joint Stipulation of Dismissal* (the "Stipulation") filed in this cause by Plaintiff Wells Fargo Bank, N.A, as Trustee for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ4 ("Plaintiff") and Defendants Elisa Frederick Briscoe and Sharondra Douglas ("Defendants", and together with Plaintiff the "Parties"). After considering said Stipulation, the Court finds it has merit and hereby GRANTS the relief requested therein. It is therefore,

**ORDERED, ADJUDGED, and DECREED** the Joint Stipulation of Dismissal without Prejudice is granted. It is further,

**ORDERED, ADJUDGED, and DECREED** all claims between Plaintiff and the Defendants brought in this Action are dismissed without prejudice to the re-filing of same. It is further,

**ORDERED, ADJUDGED, AND DECREED** that this Order fully and finally resolves all claims between Plaintiff and all Defendants.

Signed this  4th   day of  March            , 2024.

                                                            **UNITED STATES DISTRICT JUDGE**